# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CRUZ DE BARAJAS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Case No. 1:25-cv-00743-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 11) |

Before the Court is the parties' stipulation for an extension of time in which Plaintiff may file an opening brief in support of her position of whether the Court should affirm, reverse, or modify a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g). For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall have through November 12, 2025, to file an opening brief. The scheduling order (ECF No. 5) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **September 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge